Case: 1:22-cr-20367
Assigned To : Ludington, Thomas L.
Referral Judge: Morris, Patricia T.
Filed: 7/15/2022
RULE 20 USA V ALLEN (LH)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JOHN DOUGLAS ALLEN,

    Defendant.

Case No.

2:22-cr-00011-RJJ-MV

## CONSENT TO TRANSFER OF CASE FOR PLEA AND SENTENCING

I, defendant John Douglas Allen, am currently charged by felony information with attempted damage or destruction of a building used in interstate commerce in Western District of Michigan case number 2:22-cr-00011-RJJ-MV. Under Rule 20 of the Federal Rules of Criminal Procedure, I wish to waive trial in the Western District of Michigan to plead guilty to the offense charged in the information, and I consent to disposition of the case in the Eastern District of Michigan.

Dated: July 12, 2022

JOHN DOUGLAS ALLEN
Defendant

STEVENS JACOBS
Counsel for Defendant

APPROVED:

MARK A. TOTTEN
United States Attorney
Western District of Michigan

DAWN N. ISON
United States Attorney
Eastern District of Michigan

FILED - GR
July 5, 2022 11:54 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JJM   SCANNED BY: ____ / ____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

**2:22-cr-11**
Robert J. Jonker
Chief U.S. District Judge

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JOHN DOUGLAS ALLEN,

    Defendant.

_____/

**FELONY INFORMATION**

The United States Attorney charges:

**Attempted Damage or Destruction of Building Used in Interstate Commerce**

On or about September 15, 2021, in Chippewa County, in the Northern Division of the Western District of Michigan,

JOHN DOUGLAS ALLEN

maliciously attempted to damage and destroy by means of an explosive the building at 2972 West 8th Street, Sault Ste. Marie, Michigan, which building is used in interstate commerce and in an activity affecting interstate commerce.

18 U.S.C. § 844(i)

MARK A. TOTTEN
United States Attorney

Dated: July 5, 2022

CHRISTOPHER M. O'CONNOR
THEODORE J. GREELEY
Assistant United States Attorneys

CLOSED

# United States District Court
# Western District of Michigan (Northern Division (2))
# CRIMINAL DOCKET FOR CASE #: 2:22−cr−00011−RJJ−MV All Defendants

| | |
|---|---|
| Case title: USA v. Allen<br>Other court case number: 2:21−mj−45 | Date Filed: 07/05/2022<br>Date Terminated: 07/14/2022 |

Assigned to: Chief Judge Robert J. Jonker
Referred to: Magistrate Judge Maarten Vermaat  (events as ordered)

**defendant (1)**

**John Douglas Allen**
*TERMINATED: 07/14/2022*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| 18:844(i) PENALTIES; attempted damage or destruction of building used in interstate commerce<br>(1) | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| Felony | |

| **Complaints** | **Disposition** |
|---|---|
| 18:844I.F, Attempted Damage or Destruction of Buildings Used in Interstate Commerce 18:1951.F Extortion | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Christopher M. O'Connor**<br>U.S. Attorney (Grand Rapids)<br>The Law Bldg.<br>330 Ionia Ave., NW<br>P.O. Box 208<br>Grand Rapids, MI 49501−0208<br>(616) 456−2404<br>Email: Christopher.OConnor@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>Designation: Assistant U.S. Attorney |

| Date Filed | # | Docket Text |
|---|---|---|
| 09/21/2021 | 1 | COMPLAINT as to John Douglas Allen (Attachments: # 1 Continuation of Criminal Complaint) (cam) [2:21−mj−00045−MV] (Entered: 09/22/2021) |

| | | |
|---|---|---|
| 09/22/2021 | 3 | PENALTY SHEET re Complaint 1 as to John Douglas Allen (O'Connor, Christopher) [2:21−mj−00045−MV] (Entered: 09/22/2021) |
| 09/22/2021 | | (NON−DOCUMENT) ATTORNEY APPEARANCE of Theodore Joseph Greeley for USA [Attorney Theodore Joseph Greeley added to party USA(pty:pla)] (Greeley, Theodore) [2:21−mj−00045−MV] (Entered: 09/22/2021) |
| 07/05/2022 | 1 | FELONY INFORMATION as to John Douglas Allen (eod) Modified text on 7/6/2022 (eod) (Entered: 07/05/2022) |
| 07/14/2022 | 4 | RULE 20 CONSENT TO TRANSFER JURISDICTION for plea and sentence to EASTERN DISTRICT OF MICHIGAN as to John Douglas Allen (O'Connor, Christopher) (Entered: 07/14/2022) |
| 07/15/2022 | 5 | NOTICE OF TRANSFER to Michigan Eastern District Court of a Rule 20 Consent to Transfer as to John Douglas Allen (Attachments: # 1 Docket Report and Transfer Documents) (eod) (Entered: 07/15/2022) |